THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LORI CHAVEZ-DEREMER, Secretary of Labor, United States Department of Labor,<br><br>          Plaintiff,<br>v.<br><br>SKYWEST INFLIGHT ASSOCIATION,<br><br>          Defendant. | **ORDER GRANTING [74] JOINT MOTION TO CONSOLIDATE CASES**<br><br><br>Case Number 2:24-cv-00492<br><br>District Judge David Barlow |

Having considered the parties' Joint Motion to Consolidate,[1] and for good cause appearing, the court GRANTS the Motion and ORDERS that this case, Case No. 2:24-cv-00492, be consolidated with Case No. 2:24-cv-00956. All future filings shall be filed under Case No. 2:24-cv-00492.


          DATED: July 28, 2025

                                        BY THE COURT

                                        _____

                                        David Barlow
                                        United States District Judge

---

[1] ECF No. 74.